441 A.2d 775

Commonwealth v. Lohr, Appellant.

 Submitted November 10, 1981. Mark A. Criss, for appellant; John Brydon, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Order affirmed.